IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORVEL WRIGHT,

      Plaintiff,                   No. CIV S-08-1765 GEB KJM PS

    vs.

DEPARTMENT OF DEFENSE,

      Defendant.               <u>ORDER</u>

                                  /

         Plaintiff is proceeding pro se. Plaintiff has filed an in forma pauperis affidavit in which he states that he is presently employed and that his net monthly earnings are $3,334.

         Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). The amount of plaintiff's earnings shows that plaintiff is able to pay the filing fee and costs. Thus, plaintiff has made an inadequate showing of indigency. <u>See</u> <u>Alexander v. Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>, 939 F.2d 854, 858 (9th Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994). Plaintiff will therefore be granted twenty days in which to submit the appropriate filing fee to the

1

1  Clerk of the Court.  Plaintiff is cautioned that failure to pay the fee will result in a
2  recommendation that instant action be dismissed without prejudice.
3          Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date
4  of this order, plaintiff shall submit the appropriate filing fee.
5  DATED:  August 11, 2008.

                                                    _____
                                                    U.S. MAGISTRATE JUDGE

7  006
   wright.den