IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORVEL WRIGHT,

        Plaintiff,                      No. CIV S-08-1765 GEB KJM PS

    vs.

DEPARTMENT OF DEFENSE,

        Defendant.               ORDER

_____/

        This matter came on for status conference before the undersigned on February 11, 2009. Plaintiff appeared in propria persona. No appearance was made for defendant. Upon review of the entire file in this action, and good cause appearing, IT IS HEREBY ORDERED that:

        1. Summons was issued in this matter on September 22, 2008 (docket no. 13). Within sixty days from the date of this order, plaintiff shall serve a copy of the summons and a copy of the complaint in compliance with Federal Rule of Civil Procedure 4(i).

        2. Plaintiff has requested appointment of counsel. Any successful application for appointment of counsel must comply with criteria set forth in <u>Bradshaw v. Zoological Society of San Diego</u>, 662 F.2d 1301 (9th Cir. 1981). Before appointing counsel to plaintiff, the Ninth Circuit's decision in <u>Bradshaw</u> requires the court to consider (1) plaintiff's financial resources,

1

(2) the efforts already made by plaintiff to secure counsel, and (3) plaintiff's likelihood of success on the merits.  <u>Id.</u> at 1318.  Appointment of counsel is not a matter of right.  <u>See</u> <u>Ivey v. Board of Regents</u>, 673 F. 2d 266 (9th Cir. 1982).  Upon review of the entire file, the court finds appointment of counsel is not warranted.  Plaintiff's request is denied.

DATED: March 5, 2009.

_____
U.S. MAGISTRATE JUDGE

006
wright.oas

2