IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORVEL WRIGHT,

    Plaintiff,                  No. CIV S-08-1765 GEB KJM PS

    vs.

DEPARTMENT OF DEFENSE,

    Defendant.              <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to make initial disclosures in light of his recent relocation. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's request for extension (docket no. 26) is granted. Initial disclosures shall be made no later than October 16, 2009.

DATED: September 30, 2009.

_____
U.S. MAGISTRATE JUDGE

006
wright.eot