IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORVEL WRIGHT,

    Plaintiff,                   No. CIV S-08-1765 GEB KJM PS

    vs.

DEPARTMENT OF DEFENSE,

    Defendant.              ORDER

_____/

        In this action, plaintiff alleges race discrimination and retaliation arising out of his employment by defendant. Plaintiff has moved for appointment of counsel. No statutory or other basis is cited in support of plaintiff's request. It appears plaintiff may be requesting appointment of counsel pursuant to 42 U.S.C. § 2000e-5(f)(1)(B).

        Any successful application for appointment of counsel must comply with criteria set forth in Bradshaw v. Zoological Society of San Diego, 662 F.2d 1301 (9th Cir. 1981). Before appointing counsel to plaintiff, the Ninth Circuit's decision in Bradshaw requires the court to consider (1) plaintiff's financial resources, (2) the efforts already made by plaintiff to secure counsel, and (3) plaintiff's likelihood of success on the merits. Id. at 1318. Appointment of counsel is not a matter of right. See Ivey v. Board of Regents, 673 F. 2d 266 (9th Cir. 1982).

/////

By order filed August 11, 2008, this court found plaintiff had not made an adequate showing of indigency and directed plaintiff to pay the filing fee. Plaintiff fails to demonstrate that the first <u>Bradshaw</u> factor weighs in his favor. The court previously denied plaintiff's request for appointment of counsel. Docket No. 18. No different circumstances have been shown which merit reconsideration of the court's prior determination. Appointment of counsel is not warranted in this matter.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the appointment of counsel (docket no. 29) is denied.

DATED: October 29, 2009.

_____
U.S. MAGISTRATE JUDGE

006
wright.cou

2