IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NORVEL R. WRIGHT,

    Plaintiff,  No. 2:08-cv-01765 GEB KJN PS

    v.

SECRETARY OF DEFENSE ROBERT GATES, DEPARTMENT OF DEFENSE AGENCY,

    Defendant.  ORDER

_____/

    Defendant's "Motion to Dismiss and/or For Summary Judgment" (Dkt. No. 44) came before the court for hearing on the undersigned's law and motion calendar on July 8, 2010. Assistant United States Attorney Bobbie J. Montoya appeared on behalf of defendant. Plaintiff, who is proceeding without counsel, appeared on his own behalf.

    Plaintiff's written opposition to defendant's motion suffers from fatal deficiencies, both procedural and substantive, despite the fact that defendant previously provided notice to plaintiff regarding the implications of a motion for summary judgment and what is required to adequately oppose such a motion. Nothing stated by plaintiff at the hearing altered the undersigned's conclusion in this regard. However, for the reasons stated during the hearing, the undersigned will provide plaintiff with an additional opportunity to obtain legal

representation and file a supplemental or revised opposition to defendant's motion, notwithstanding the fact that the court is not obligated to do so. As stated during the hearing, plaintiff is warned that this is his *final* opportunity to oppose defendant's motion. Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have until August 16, 2010 to obtain legal representation *and* file a supplemental or revised opposition to defendant's motion, if any. Regardless of plaintiff's ability to obtain legal representation, plaintiff shall have until August 16, 2010 to file a supplemental or revised opposition to defendant's motion, if any. Plaintiff is cautioned that any such opposition must comply with the court's Local Rules and the Federal Rules of Civil Procedure, and the undersigned will only consider evidence that is properly before the court.

2. Defendant's response to plaintiff's opposition, if any, shall be filed on or before August 30, 2010.

3. Upon the receipt of additional briefing, this matter will be submitted without a hearing.

IT IS SO ORDERED.

DATED: July 8, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE